| Social Security Administration | For Pay Period Ending 11/29/2025 | Net Pay $ 3,287.13 |
|---|---|---|
| Earnings and Leave Statement | Pay Period # 25 | Pay Date 12/09/2025 |

| Name | Pay Plan/Grade/Step | Annual Salary | Hourly Rate |
|---|---|---|---|
| MCKAY, NATASHA T. | GS  14  04 | $ 156,737.00 | $ 75.10 |

| Home Address | Pay Check Address |
|---|---|
| 409 HARRISON AVE<br>NORWOOD<br>NORWOOD, PA 19074 | |

**Basic Information**

| | | | | | |
|---|---|---|---|---|---|
| Service Comp Date | 10/12/2010 | Agency | SSA | CAN# | 4000610 |
| Cumulative Retirement Agency | $12,731.61 | Dept ID | SZ | Duty Station | MD |
| | | Organization Code | S9R | Pay Begin Date | 11/16/2025 |
| FLSA Class | EXEMPT | TSP Tax Deferred Amt/% | 11 % | TSP Roth Amt/% | 0 % |
| Financial Institution | M & T BANK | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 6,008.00 | 151,082.36 | | | | | | | |
| Total Deductions | 2,720.87 | 65,550.48 | Federal | M | 2 | | 0.00 | | 128,061.41 |
| Net Pay | | 3,287.13 | State ( MD ) | M | 1 | | 0.00 | | 128,061.41 |

## EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 75.10 | | | 80.00 | 6,008.00 | |

## DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 463.75 | 12,825.59 | State Tax 1 ( MD ) | | | 367.52 | 9,707.05 |
| FSA DC | | | 344.13 | 4,655.86 | FSA HC | | | 128.23 | 1,871.77 |
| TSP Tax Deferred | | | 660.88 | 16,493.32 | Retirement - FERS | .8 | | 48.06 | 1,199.42 |
| OASDI Tax | 6.2 | | 343.21 | 8,962.39 | Medicare Tax | 1.45 | | 80.27 | 2,096.04 |
| FEGLI - Regular | | | 25.44 | 635.04 | FEGLI - Optional | | | 0.60 | 15.00 |
| Thrift Savings Plan Loan | | | 48.29 | 0.00 | Thrift Savings Plan Loan | | | 143.49 | 0.00 |
| Advance Pay - Deduction | | | 0.00 | 7,089.00 | Savings Allotment | | | 67.00 | 0.00 |

## BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 12.72 | 317.52 | Medicare | 80.27 | 2,096.04 |
| OASDI | 343.21 | 8,962.39 | TSP Basic | 60.08 | 1,499.40 |
| TSP Matching | 240.32 | 5,997.56 | FERS | 1,105.47 | 27,588.80 |

## LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 49.00 | 1.30 | 8.00 | 144.00 | 16.00 | 104.30 | | 41.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sick Leave | 86.00 | 74.00 | 4.00 | 92.00 | 8.00 | 84.00 | 82.00 |
| Time Off Award | | | | 2.00 | | 2.00 | |
| Credit | 2.15 | 4.30 | 1.45 | 65.00 | 1.30 | 67.00 | 2.30 |
| Sick Leave Provisional | 441.15 | | | | | 38.45 | 441.15 |
| Admin | | | | | | 56.00 | |

### ANNUAL LEAVE

| | | | |
|---|---|---|---|
| **Category:** 8 | **Projected Year End Balance:** 24.00 | **Maximum Carry Over:** 240.00 | **Use Or Lose Balance:** 0 |

### REMARKS

FOR W-2 PURPOSES, PLEASE VERIFY THAT YOUR TAX INFORMATION AND YOUR MAILING ADDRESS ARE CORRECT. EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| Social Security Administration | For Pay Period Ending 11/15/2025 | Net Pay $ 5,069.27 |
|---|---|---|
| Earnings and Leave Statement | Pay Period # 24 | Pay Date 11/25/2025 |

| Name | Pay Plan/Grade/Step | Annual Salary | Hourly Rate |
|---|---|---|---|
| MCKAY, NATASHA T. | GS  14  04 | $ 156,737.00 | $ 75.10 |

| Home Address | Pay Check Address |
|---|---|
| 409 HARRISON AVE NORWOOD NORWOOD, PA 19074 | |

**Basic Information**

| Service Comp Date | 10/12/2010 | Agency | SSA | CAN# | 4000610 |
|---|---|---|---|---|---|
| Cumulative Retirement Agency | $12,683.55 | Dept ID | SZ | Duty Station | MD |
| | | Organization Code | S9R | Pay Begin Date | 11/02/2025 |
| FLSA Class | EXEMPT | TSP Tax Deferred Amt/% | 11 % | TSP Roth Amt/% | 0 % |
| Financial Institution | M & T BANK | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 19,826.40 | 145,074.36 | | | | | | | |
| Total Deductions | 14,757.13 | 63,088.39 | Federal | M | 2 | | 0.00 | | 123,186.65 |
| Net Pay | | 5,069.27 | State ( MD ) | M | 1 | | 0.00 | | 123,186.65 |

## EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 75.10 | | | 16.00 | 1,201.60 | |
| Advance Pay | | 7,089.00 | | | | |
| Gov Shutdn Retro Pay | | 7,810.40 | 104.00 | 8.00 | 600.80 | |
| Gov Shutdn-Excepted Retro Pay | | 6,008.00 | 80.00 | 56.00 | 4,205.60 | |

## DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | 1,196.91 | 463.76 | 12,361.84 | State Tax 1 ( MD ) | | 917.64 | 367.52 | 9,339.53 |
| FSA DC | | | 344.13 | 4,311.73 | FSA HC | | | 128.22 | 1,743.54 |
| TSP Tax Deferred | | 1,520.02 | 660.88 | 15,832.44 | Retirement - FERS | .8 | 110.54 | 48.06 | 1,151.36 |
| OASDI Tax | 6.2 | 856.74 | 343.21 | 8,619.18 | Medicare Tax | 1.45 | 200.36 | 80.27 | 2,015.77 |
| FEGLI - Regular | | 50.88 | 25.44 | 609.60 | FEGLI - Optional | | 1.20 | 0.60 | 14.40 |
| Thrift Savings Plan Loan | | | 236.46 | 0.00 | Thrift Savings Plan Loan | | | 48.29 | 0.00 |
| Advance Pay - Deduction | | 7,089.00 | 0.00 | 7,089.00 | Savings Allotment | | | 67.00 | 0.00 |

## BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 38.16 | 304.80 | Medicare | 280.63 | 2,015.77 |
| OASDI | 1,199.95 | 8,619.18 | TSP Basic | 198.26 | 1,439.32 |
| TSP Matching | 793.06 | 5,757.24 | FERS | 3,648.05 | 26,483.33 |

## LEAVE

| Social Security Administration  Earnings and Leave Statement | | For Pay Period Ending 11/01/2025 | Net Pay $ 0.00 |
|---|---|---|---|
| | | Pay Period # 23 | Pay Date 11/10/2025 |
| **Name** MCKAY, NATASHA T. | **Pay Plan/Grade/Step** GS  14  04 | **Annual Salary** $ 156,737.00 | **Hourly Rate** $ 75.10 |
| **Home Address** 409 HARRISON AVE NORWOOD NORWOOD, PA 19074 | | **Pay Check Address** | |

**Basic Information**

| Service Comp Date | 10/12/2010 | Agency | SSA | CAN# | 4000610 |
|---|---|---|---|---|---|
| Cumulative Retirement Agency | $12,524.95 | Dept ID | SZ | Duty Station | MD |
| | | Organization Code | S9R | Pay Begin Date | 10/19/2025 |
| FLSA Class | EXEMPT | TSP Tax Deferred Amt/% | 11 % | TSP Roth Amt/% | 0 % |
| Financial Institution | M & T BANK | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 0.00 | 125,247.96 | | | | | | | |
| Total Deductions | 0.00 | 48,683.01 | Federal | M | 2 | | 0.00 | | 106,013.50 |
| Net Pay | 0.00 | | State ( MD ) | M | 1 | | 0.00 | | 106,013.50 |

### EARNINGS

| Type | Rate Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 0.00 | 10,701.17 | State Tax 1 ( MD ) | | | 0.00 | 8,054.37 |
| FSA DC | | | 0.00 | 3,967.60 | FSA HC | | | 0.00 | 1,615.32 |
| TSP Tax Deferred | | | 0.00 | 13,651.54 | Retirement - FERS | | | 0.00 | 992.76 |
| OASDI Tax | 6.2 | | 0.00 | 7,419.23 | Medicare Tax | 1.45 | | 0.00 | 1,735.14 |
| FEGLI - Regular | | | 0.00 | 533.28 | FEGLI - Optional | | | 0.00 | 12.60 |

### BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 266.64 | Medicare | 0.00 | 1,735.14 |
| OASDI | 0.00 | 7,419.23 | TSP Basic | 0.00 | 1,241.06 |
| TSP Matching | 0.00 | 4,964.18 | FERS | 0.00 | 22,835.28 |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 27.00 | 1.30 | 8.00 | 114.00 | | 88.30 | | 27.00 |
| Sick Leave | 74.00 | 74.00 | 4.00 | 76.00 | | 76.00 | | 74.00 |
| Time Off Award | | | | 2.00 | | 2.00 | | |
| Credit | 1.15 | 4.30 | | 62.15 | | 65.30 | | 1.15 |
| Sick Leave Provisional | 441.15 | | | | | 38.45 | | 441.15 |
| Gov Shutdown | | | | | | 104.00 | | |

| | | | |
|---|---|---|---|
| Gov Shutdown-Excepted | | 80.00 | 80.00 |
| Admin | | | 56.00 |
| **ANNUAL LEAVE** | | | |
| **Category:** 8 | **Projected Year End Balance:** 40.00 | **Maximum Carry Over:** 240.00 | **Use Or Lose Balance:** 0 |
| **REMARKS** | | | |
| EXPLORE YOUR FEDVIP DENTAL AND VISION BENEFITS AT THE 2025 VIRTUAL BENEFITS FAIR. REVIEW 2026 PLAN DETAILS AND PARTICIPATE IN LIVE CHATS WITH CARRIERS ON NOVEMBER 13, 19, 25 AND DECEMBER 3, 2025 VISIT BENEFEDS.GOV/WEBINARS TO REGISTER.<br>EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE. | | | |
| THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED | | | |

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 41.00 | 1.30 | 8.00 | 136.00 | | 88.30 | | 49.00 |
| Sick Leave | 82.00 | 74.00 | 4.00 | 88.00 | | 76.00 | | 86.00 |
| Time Off Award | | | | 2.00 | | 2.00 | | |
| Credit | 1.15 | 4.30 | 1.00 | 63.15 | | 65.30 | | 2.15 |
| Sick Leave Provisional | 441.15 | | | | | 38.45 | | 441.15 |
| Admin | | | | | | 56.00 | | |

### ANNUAL LEAVE

**Category:** 8    **Projected Year End Balance:** 32.00    **Maximum Carry Over:** 240.00    **Use Or Lose Balance:** 0

### REMARKS

RECOMP ADJUSTMENT PROCESSED THIS PAY PERIOD
LEAVE ADJUSTMENT PROCESSED THIS PAY PERIOD
FOR W-2 PURPOSES, PLEASE VERIFY THAT YOUR TAX INFORMATION AND YOUR MAILING ADDRESS ARE CORRECT.
EXPLORE YOUR FEDVIP DENTAL AND VISION BENEFITS AT THE 2025 VIRTUAL BENEFITS FAIR. REVIEW 2026 PLAN DETAILS AND PARTICIPATE IN LIVE CHATS WITH CARRIERS ON NOVEMBER 13, 19, 25 AND DECEMBER 3, 2025
VISIT BENEFEDS.GOV/WEBINARS TO REGISTER.
EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| Social Security Administration | For Pay Period Ending 10/18/2025 | Net Pay $ 0.00 |
|---|---|---|
| Earnings and Leave Statement | Pay Period # 22 | Pay Date 10/28/2025 |

| Name | Pay Plan/Grade/Step | Annual Salary | Hourly Rate |
|---|---|---|---|
| MCKAY, NATASHA T. | GS  14  04 | $ 156,737.00 | $ 75.10 |

**Home Address**
409 HARRISON AVE
NORWOOD
NORWOOD, PA 19074

**Pay Check Address**

### Basic Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Service Comp Date | 10/12/2010 | Agency | SSA | CAN# | | 4000610 |
| Cumulative Retirement Agency | $12,524.95 | Dept ID | SZ | Duty Station | | MD |
| | | Organization Code | S9R | Pay Begin Date | | 10/05/2025 |
| FLSA Class | EXEMPT | TSP Tax Deferred Amt/% | 11 % | TSP Roth Amt/% | | 0 % |
| Financial Institution | M & T BANK | | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts | Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|---|
| Gross Pay | 0.00 | 125,247.96 | | | | | | | |
| Total Deductions | 0.00 | 48,683.01 | Federal | M | 2 | | 0.00 | | 106,013.50 |
| Net Pay | 0.00 | | State ( MD ) | M | 1 | | 0.00 | | 106,013.50 |

### EARNINGS

| Type | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 0.00 | 10,701.17 | State Tax 1 ( MD ) | | | 0.00 | 8,054.37 |
| FSA DC | | | 0.00 | 3,967.60 | FSA HC | | | 0.00 | 1,615.32 |
| TSP Tax Deferred | | | 0.00 | 13,651.54 | Retirement - FERS | | | 0.00 | 992.76 |
| OASDI Tax | 6.2 | | 0.00 | 7,419.23 | Medicare Tax | 1.45 | | 0.00 | 1,735.14 |
| FEGLI - Regular | | | 0.00 | 533.28 | FEGLI - Optional | | | 0.00 | 12.60 |

### BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 266.64 | Medicare | 0.00 | 1,735.14 |
| OASDI | 0.00 | 7,419.23 | TSP Basic | 0.00 | 1,241.06 |
| TSP Matching | 0.00 | 4,964.18 | FERS | 0.00 | 22,835.28 |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 27.00 | 1.30 | 6.00 | 114.00 | | 88.30 | | 27.00 |
| Sick Leave | 74.00 | 74.00 | 4.00 | 76.00 | | 76.00 | | 74.00 |
| Time Off Award | | | | 2.00 | | 2.00 | | |
| Credit | 1.15 | 4.30 | | 62.15 | | 65.30 | | 1.15 |
| Sick Leave Provisional | 441.15 | | | | | 38.45 | | 441.15 |
| Gov Shutdown | | | | | 80.00 | 104.00 | | |

| | | | |
|---|---|---|---|
| Admin | | | 56.00 |
| **ANNUAL LEAVE** | | | |
| **Category:** 6 | **Projected Year End Balance:** 48.00 | **Maximum Carry Over:** 240.00 | **Use Or Lose Balance:** 0 |
| **REMARKS** | | | |
| EXPLORE YOUR FEDVIP DENTAL AND VISION BENEFITS AT THE 2025 VIRTUAL BENEFITS FAIR. REVIEW 2026 PLAN DETAILS AND PARTICIPATE IN LIVE CHATS WITH CARRIERS ON NOVEMBER 13, 19, 25 AND DECEMBER 3, 2025 VISIT BENEFEDS.GOV/WEBINARS TO REGISTER.<br>EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE. | | | |
| THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED | | | |