Certificate Number: 03621-PAE-DE-040557617

Bankruptcy Case Number: 25-15150



03621-PAE-DE-040557617

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2026, at 3:00 o'clock PM EST, Natasha T. White completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 28, 2026                    By:    /s/Ashley Bradley

                                           Name:  Ashley Bradley

                                           Title: Credit Counselor