## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:**  Natasha T. White | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 25-15150 (amc) |

\*     \*     \*

## CERTIFICATION OF SERVICE

I, <u>Stephen M. Dunne, Esq.,</u> certify that on <u>March 23, 2026</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- **2nd Amended Chapter 13 Plan**

**Via First Class Mail on March 23, 2026:**
See Exhibit A – Creditor's Matrix.

**Via First Class Mail on March 23, 2026:**
Natasha T. White, Debtor **-** 409 Harrison Avenue, Norwood, PA 19074

**Via Electronic Filing (ECF) on March 23, 2026:**

| | | |
|---|---|---|
| Rocket Mortgage, LLC<br>bankruptcyquestions@rocketmortgage.com | Lending Club Bank<br>BK@LendingClub.com | Quantum3 Group, LLC<br>claims@quantum3group.com |
| Upstart Network<br>bankruptcy@peritusservices.com | JPMorgan Chase Bank, N.A.<br>pocquestions@nbsdefaultservices.com | |
| Quantum3 Group LLC<br>claims@quantum3group.com | Purchasing Power, LLC<br>bankruptcy@purchasingpower.com | |
| Internal Revenue Service<br>Megan.c.dargan@irs.gov | OneMain Financial Group, LLC<br>CBP@OneMainFinancial.com | |
| LVNV Funding, LLC<br>askbk@resurgent.com | Jefferson Capital Systems, LLC<br>Bankruptcy@JCAP.com | |
| PA Department of Revenue<br>sgrimm@pa.gov | USAA Federal Savings Bank<br>USAAPOCNotification@raslg.com | |
| United States Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | Kenneth E. West, Chapter 13 Trustee<br>ecfemails@ph13trustee.com | |
| Pentagon Federal Credit Union<br>bankruptcycommunications@penfed.org | Navy Federal Credit Union<br>bankruptcyspecialist@navyfederal.org | |

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted:

Dated:  March 23, 2026

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 Phone
Stephen@dunnelawoffices.com