United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Natasha Todman White

    Debtor

Case No. 25-15150-amc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 27, 2026 | Form ID: 155 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha Todman White, 409 Harrison Avenue, Norwood, PA 19074-1507 |
| 15085256 | | Comenity Bank/Value City Furniture, Comenity Bank, Bankruptcy Department PO, Columbus, OH 43218-2125 |
| 15085261 | + | DELDOT, PO Box 702118, San Antonio, TX 78270-2118 |
| 15085262 | + | Dunne Law Offices, PC, 1515 Market Street 1200, Philadelphia, PA 19102-1932 |
| 15086843 | + | Rocket Mortgage LLC f/k/a Quicken Loans, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15085285 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15085244 | | Email/Text: bncnotifications@pheaa.org | May 28 2026 01:01:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15085245 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 28 2026 01:12:31 | Affirm, Inc., Attn: Bankruptcy, 650 California Street Fl 12, San Francisco, CA 94108-2716 |
| 15085246 | | Email/Text: bncnotifications@pheaa.org | May 28 2026 01:01:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15085247 | + | Email/Text: bk@avant.com | May 28 2026 01:01:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 15085248 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 28 2026 01:12:30 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 15085249 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2026 01:12:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15085250 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 28 2026 01:12:30 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15085251 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2026 01:12:54 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15085252 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2026 01:12:43 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15085253 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2026 01:12:43 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15085254 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2026 01:01:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15085255 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2026 01:01:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15085257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2026 01:01:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                          User: admin                          Page 2 of 4

Date Rcvd: May 27, 2026                       Form ID: 155                         Total Noticed: 61

| | | | |
|---|---|---|---|
| 15085258 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 28 2026 01:01:00 | Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 15085259 | + Email/PDF: creditonebknotifications@resurgent.com | May 28 2026 01:12:55 | Credit One Bank, Attn: Bankruptcy Department, PO Box 60500, City of Industry, CA 91716-0500 |
| 15085260 | ^ MEBN | May 28 2026 00:56:30 | Delaware Department of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 15085264 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 28 2026 01:00:00 | First Mark Services, Attn: Bankruptcy Dept, P.O. Box 82522, Lincoln, NE 68501-2522 |
| 15085263 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 01:12:30 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15085265 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2026 01:01:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 15103023 | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2026 01:01:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN, 56302-9617 |
| 15092682 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 28 2026 01:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15101425 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 01:12:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15085266 | + Email/Text: Documentfiling@lciinc.com | May 28 2026 01:00:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 15104523 | + Email/Text: Documentfiling@lciinc.com | May 28 2026 01:00:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15085267 | + Email/Text: ext_ebn_inbox@navyfederal.org | May 28 2026 01:01:00 | Lendkey/navy Fcu, 820 Follin Ln Se, Vienna, VA 22180-4907 |
| 15085268 | + Email/Text: austin.bankruptcy@lgbs.com | May 28 2026 01:01:00 | Linebarger Goggan Blair & Simpson, LLP, 1617 John F. Kennedy Blvd. 555, Philadelphia, PA 19103-1840 |
| 15085269 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2026 01:12:30 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15085271 | + Email/Text: ext_ebn_inbox@navyfederal.org | May 28 2026 01:01:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15085270 | Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2026 01:12:30 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15104397 | Email/Text: ext_ebn_inbox@navyfederal.org | May 28 2026 01:01:00 | Navy federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15100529 | + Email/PDF: cbp@omf.com | May 28 2026 01:12:42 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15116566 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2026 01:12:54 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15085274 | Email/Text: ProsperBK@prosper.com | May 28 2026 01:01:00 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105 |
| 15085272 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15086824 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15085273 | + Email/Text: bkrgeneric@penfed.org | May 28 2026 01:00:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 15097127 | + Email/Text: bankruptcy@purchasingpower.com | May 28 2026 01:01:00 | Purchasing Power, LLC, 2727 Paces Ferry Rd SE, |

District/off: 0313-2                    User: admin                    Page 3 of 4

Date Rcvd: May 27, 2026                 Form ID: 155                    Total Noticed: 61

| | | | |
|---|---|---|---|
| | | | Bldg 2, Ste 1200, Bankruptcy Department, Atlanta, GA 30339-6199 |
| 15114173 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 01:01:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15104610 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 01:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15105474 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 01:01:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15093290 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 01:01:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15085275 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 28 2026 01:01:00 | Rocket Mortgage, Attn: Bankruptcy 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15085276 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 28 2026 01:01:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 15106332 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 28 2026 01:01:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15085277 | + Email/PDF: cbp@omf.com | May 28 2026 01:12:42 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15085278 | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 01:12:54 | Syncb/big Screen Store, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15085279 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 01:12:30 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15085280 | Email/Text: bknotice@upgrade.com | May 28 2026 01:00:00 | Upgrade, Inc., Attn: Bankruptcy 275 Battery Street 23rd, San Francisco, CA 94111 |
| 15090698 | + Email/Text: RASEBN@raslg.com | May 28 2026 01:00:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15087617 | + Email/Text: RASEBN@raslg.com | May 28 2026 01:00:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15085283 | + Email/Text: bkelectronicnotices@usaa.com | May 28 2026 01:00:00 | USAA Federal Savings Bank, Attn: Bankruptcy 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 15085281 | + Email/Text: UpStart@ebn.phinsolutions.com | May 28 2026 01:01:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 15088826 | + Email/Text: peritus@ebn.phinsolutions.com | May 28 2026 01:01:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 15085282 | + Email/Text: UpStart@ebn.phinsolutions.com | May 28 2026 01:01:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15085284 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 28 2026 01:12:42 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2                                  User: admin                                  Page 4 of 4
Date Rcvd: May 27, 2026                              Form ID: 155                                  Total Noticed: 61

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Natasha Todman White bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Natasha Todman White | ) | Case No. 25−15150−amc |
|    aka Natasha McKay White | ) | |
|    fka Natasha Todman McKay | ) | |
| | ) | Chapter: 13 |
|   Debtor(s). | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 26, 2026                                          For The Court

                                                           Ashely M. Chan
                                                           Chief Judge, United States Bankruptcy Court